# United States District Court
# For The Western District of North Carolina
# Asheville Division

James J. Cummings,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                  1:07cv200

Michael T. Bell, Superintendent of Pender Correctional Inst.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by 2254 Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/19/2008 Order.

                                                 FRANK G. JOHNS, CLERK

June 19, 2008

                                                 s/Joan Gosnell
                          BY: _____
                                               Joan Gosnell, Deputy Clerk